```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ZIA FURS LLC,

              Plaintiff,

- against -

CAPITAL ONE BANK (USA), INC., ET AL.,

              Defendants.

23-cv-10419 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to submit a joint letter by **February 20, 2024** on the status of the case. If it is necessary for the defendant to make a motion to dismiss, the letter should provide a briefing schedule for the motion.

SO ORDERED.

Dated:    New York, New York
            February 5, 2024

                                      John G. Koeltl
                                    United States District Judge