UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIA FURS LLC,

                         Plaintiff(s)

                         23 civ 10419 (JGK)

     -against-

CAPITAL ONE BANK (USA), et al.,
                         Defendant(s).
------------------------------------------------------------X

## ORDER

The parties, having until April 3, 2024 to update the Court on the status of the case,

The conference scheduled for April 4, 2024, at 3:30pm, is canceled.

**SO ORDERED.**

                                                        JOHN G. KOELTL
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        March 26, 2024